# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| TASHA GRIFFIN § | |
| § | |
| v. § | CIVIL ACTION NO. 4:22cv86 |
| § | JUDGE MAZZANT |
| ATLANTIC RECOVERY SOLUTIONS, § | |
| LLC and TRAVELERS CASUALTY AND § | |
| SURETY COMPANY OF AMERICA § | |

## ORDER OF DISMISSAL

The Court, having sent to counsel for Plaintiff a Notice of Impending Dismissal (Dkt. #4) and the court docket indicating no response thereto having been filed,

NOW THEREFORE, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, hereby **DISMISSES** this matter without prejudice.

**IT IS SO ORDERED.**

SIGNED this 27th day of June, 2022.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE